UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No.:  6:25-cr-00082-AGM-NWH

CASEY JAMES PARENTE,

    Defendant,
_____/

**ORDER**

This cause comes before the Court on Defendant's Motion for Psychiatric/Psychological Examination (the "Motion") (Doc. 54). The Court held a hearing on the matter on December 9, 2025, at which Defendant's attorney represented that Defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to proceed to trial. *See* 18 U.S.C. § 4241(a). Therefore, counsel requests that Defendant be referred for a competency evaluation. The United States does not oppose the Motion. On December 9, 2025, the undersigned granted the Motion and directed the parties to file a joint notice setting forth the name of an agreed-upon examiner. (Doc. 63). On December 17, 2025, the parties indicated that they have agreed upon forensic psychiatrist Dr. Ryan Hall to examine Defendant. (Doc. 67).

Therefore, upon consideration, it is **ORDERED** that Dr. Ryan Hall is appointed to examine Defendant Casey James Parente and to render an opinion

regarding his competency to proceed to trial. The U.S. Department of Justice shall pay for Dr. Halls' services, including the fees and costs related to conducting the examination, preparing the report, and appearing in court, if necessary. Dr. Hall is **DIRECTED** to prepare the report, containing the information required by 18 U.S.C. § 4247(c), and provide a copy of said report to the Court and counsel for the parties.

The report must be submitted to the Court **on or before January 16, 2026**, and may be filed under seal. **Within 3 days from the filing of the report**, counsel for the parties shall file separate notices indicating whether a competency hearing, or some other related proceeding(s), should be scheduled.

**DONE** and **ORDERED** in Orlando, Florida, December 17, 2025.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE